# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Tallman, Richard C. | 2. Court or Organization<br><br>U.S. Court of Appeals, Ninth Circuit | 3. Date of Report<br><br>05/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active United States Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

William K. Nakamura United States Courthouse
1010 Fifth Avenue, Suite 902
Seattle, Washington 98104-1130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Northwestern University School of Law Advisory Board |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Washington State Department of Retirement Systems |
| 2. | 2013 | Prudential Deferred Compensation Mutual Funds |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Northwestern University Law School | March 7-9, 2013 | Chicago, IL | Law School Moot Court Judge | Transportation, Lodging, Meals |
| 2. | Santa Clara University School of Law | April 4-5, 2013 | Santa Clara, CA | Moot Court Judge | Transportation, Lodging, Meals |
| 3. | Benton Franklin County Bar Association | May 9-10, 2013 | Richland, WA | 7th Annual Federal Civil Trial Practice Seminar Presenter/Speaker | Transportation, Lodging Meals |
| 4. | Eastern District Washington Federal Bar Association | September 5-6, 2013 | Spokane, WA | Federal Bar Association Annual District Conference and CLE Presenter/Speaker | Transportation, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tallman, Richard C.** | 05/12/2014 |

5. University of Idaho School of Law | November 1-3, 2013 | Moscow, ID | Law School Moot Court Judge | Transportation, Lodging, Meals

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential Deferred Compensation Mutual Funds: | | None | M | T | | | | | |
| 2. - PIMCO Total Return Instl. Fund | | | K | T | | | | | |
| 3. -Dodge & Cox Stock Fund (X) | | | K | T | | | | | |
| 4. - Hotchkis & Wiley Sm. Cap. Val. I (X) | | | K | T | | | | | |
| 5. - American Funds EuroPac Gr R5 (X) | | | J | T | | | | | |
| 6. Wells Fargo Bank Checking/Savings accts | A | Interest | J | T | | | | | |
| 7. Seattle City Credit Union, checking & savings accounts | A | Interest | J | T | | | | | |
| 8. JPMorgan Chase Bank Checking/Savings Accts | A | Interest | J | T | | | | | |
| 9. Vanguard Group Funds: | E | Dividend | O | T | | | | | |
| 10. - Vanguard 500 Index (See Part VIII, note 1) | D | Dividend | M | T | Sold (part) | 08/07/13 | K | | |
| 11. - Vanguard Explorer | D | Dividend | M | T | | | | | |
| 12. - Vanguard PRIMECAP Core | B | Dividend | K | T | | | | | |
| 13. - Vanguard High-Yield Corporate | A | Dividend | L | T | | | | | |
| 14. - Vanguard International Growth (See Part VIII, note 1) | D | Dividend | L | T | Sold (part) | 08/07/13 | J | | |
| 15. - Vanguard Short Term Inv Grade | B | Dividend | N | T | | | | | |
| 16. Aetna Universal Life Ins. | | None | K | T | | | | | |
| 17. Bank of America, Checking & Savings Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 10 & 14: Portion of portfolio sold and reallocated to Vanguard Short Term Investment Grade Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | 05/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard C. Tallman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544